154 A.3d 318

**Thomas REDDINGER, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee**

**No. 83 MAP 2016**

Supreme Court of Pennsylvania.

DECIDED: February 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the Order of the Commonwealth Court is **AFFIRMED.**